United States District Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JULIE ELLIOTT, )
　　　　　　　　　　　　　　　　　） CIVIL NO. 3:18-cv-5116-MAT
　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　） ORDER FOR EAJA FEES, COSTS, AND
vs. 　　　　　　　　　　　　　　） EXPENSES
　　　　　　　　　　　　　　　　　）
Commissioner of Social Security, )
　　　　　　　　　　　　　　　　　）
　　　　　　　　Defendant. )
　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　）

Based upon Plaintiff's Motion for EAJA Fees, Costs, and Expenses, it is hereby
ORDERED that attorney's fees in the total amount of $7,640.64 (which is for work performed
by Jeffrey Baird in the amount of $6,511.68 plus work performed by Elie Halpern in the amount
of $1,128.96) and expenses in the amount of $2.45 (for postage) pursuant to the Equal Access to
Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $437.60 (for photocopies and filing
fee) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586; 130 S.
   Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie
   Halpern, at his office at Halpern Olivares PLLC, 2102 Carriage Drive SW,
   Building E102, Olympia*, WA 98502; however,*

　　2. If the U.S. Department of the Treasury determines that
　　Plaintiff's EAJA fees, expenses, and costs are not subject to any offset

ORDER FOR EAJA FEES, COSTS, AND EXPENSES –
«F494»1

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584

allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Halpern Olivares PLLC, 2102 Carriage Drive SW, Building E102, Olympia, WA 98502.

DATED this 22nd day of March, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:


s/Elie Halpern
Elie Halpern, WSB No. 1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS, AND EXPENSES – «F494»2